DOB 07/14/83

7-23CV-0033

3-28-23

I would like to file a civil suit against Ashlyn Danielle Beverage for slander against me + also keeping my cars, clothes, shoes etc. I tried to file this while I was incarcerated in Wise County but they didn't get me the paperwork until after the deadline your court gave me. I've been incarcerated since May 13, 2022 + my brothers + sister have tried numerous times to get my things. Ashlyn Beverage is my ex girlfriend.

Thank you Jeremy Jace Smith

Jeremy Jace Smith

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Jeremy Smith
205 W. Gilbert st
Henrietta, TX 76365

INMATE CORRESPONDENCE
CLAY COUNTY TEXAS
DETENTION CENTER

X-RAY

NORTH TEXAS TX
31 MAR 2023 PM 3

US POSTAGE
ZIP 76365
02 4W
0000390202 MAR 31 2023
$000.60

office of the clerk of
the U.S District Court
501 W. tenth st Rm 310
Ft worth, TX 76102

RECEIVED
APR - 4 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

INDIGENT

Legal